AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

JEMERE D. BROWN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:22-MJ-1675-KS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
Name of Judge / Title of Judge

MAY 4, 2023
Date